CHARLES S. PAINTER (SBN 89045)
REGINALD A. DUNN (SBN 192632)
ERICKSEN, ARBUTHNOT, KILDUFF,
DAY & LINDSTROM, INC.
100 Howe Avenue, Suite 110 South
Sacramento, CA   (95825-8201)
(916) 483-5181 Telephone
(916) 483-7558 Facsimile


Attorneys for Defendant
AZTECH SALES ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHGATE GLASS & SCREEN INC., d/b/a CENTRAL VALLEY SCREEN & SUPPLY,<br><br>          Plaintiff,<br><br>vs.<br><br>AZTECH SALES ASSOCIATES, INC.<br><br>          Defendants. | CASE NO. 2:05-CV01810-FCD-DAD<br><br>STIPULATION CONTINUING DATE TO FILE JOINT STATUS REPORT AND ORDER |

     COMES NOW Plaintiff by and through its attorneys of record, Spencer T. Malysiak of Spencer T. Malysiak Law Corp., and defendant, AZTECH SALES ASSOCIATES, INC, by and through their attorneys of record, Charles S. Painter of Ericksen, Arbuthnot, Kilduff, Day & Lindstrom, Inc., and stipulate to extend the time to file a Joint Status Report for 30 days because counsel for the defendant will be taking family leave to care for his wife. Ms. Painter is scheduled to undergo surgery on November 16, 2005. The Joint Status Report is due on Friday November 18, 2005. Mr. Painter will not be returning to work until November 29, 2005.

DATED:      NOVEMBER 15, 2005            SPENCER T. MALYSIAK LAW CORP

                                                                                 s/ Spencer T. Malysiak
                                                     By: _____
                                                             SPENCER T. MALYSIAK
                                                             Attorneys for Plaintiff.

DATED:     NOVEMBER 15, 2005          ERICKSEN, ARBUTHNOT, KILDUFF,
                                      DAY & LINDSTROM, INC.

                                               s/ Charles S. Painter

                                      By: _____
                                          CHARLES S. PAINTER
                                          Attorneys for Defendant
                                          AZTECH SALES ASSOCIATES, INC.

## ORDER

GOOD CAUSE APPEARING and pursuant to the stipulation of counsel IT IS HEREBY ORDERED that the date for the parties to this action to file a Joint Status Report is extended to December 19, 2005.

DATED:   November 17, 2005

                                      /s/ Frank C. Damrell Jr.
                                      _____
                                      JUDGE OF THE UNITED STATES DISTRICT
                                      COURT

STIPULATION AND ORDER
05-120 / BASIC PLEADINGS / PLEADING.004
CSP:cp                                    -2-