**Spencer T. Malysiak**
State Bar #084654
**Erik P. Larson**
State Bar #210098
**Douglas E. Watts**
State Bar #182274
**SPENCER T. MALYSIAK LAW CORPORATION**
1180 Iron Point Road, Suite 145B
Folsom, California 95630
Telephone:    (916) 985-4400
Facsimile:    (916) 985-0100

Attorneys for Plaintiff
SOUTHGATE GLASS & SCREEN INC.,
d/b/a CENTRAL VALLEY SCREEN & SUPPLY

Charles S. Painter (SBN 89045)
Reginald A. Dunn (SBN 192632)
**ERICKSEN, ARBUTHNOT, KILDUF, DAY & LINDSTROM, INC.**
100 Howe Avenue, Suite 100 South
Sacramento, CA 95825-8201
Telephone:    (916) 483-5181
Facsimile:    (916) 483-7558

Attorneys for Defendant
AZTECH SALES ASSOCIATES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHGATE GLASS & SCREEN INC., d/b/a CENTRAL VALLEY SCREEN & SUPPLY,<br><br>    Plaintiff,<br><br>    vs.<br><br>AZTECH SALES ASSOCIATES, INC.<br><br>    Defendant. | ) Case No: 2:05-CV-01810-FCD-DAD<br>)<br>) **ORDER MODIFYING DATES IN**<br>) **STATUS (PRETRIAL SCHEDULING)**<br>) **ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to the joint stipulation of Plaintiff SOUTHGATE GLASS & SCREEN d/b/a CENTRAL VALLEY SCREEN & SUPPLY and Defendant AZTECH SALES ASSOCIATES, INC., filed on November 9, 2006, the dates and deadlines set forth in the Status (Pretrial Scheduling) Order dated January 4, 2005, are hereby modified as follows:

1. All discovery shall be completed by **June 5, 2007**.

2. All counsel are to designate in writing, file with the court, and serve upon all other parties the name, address, and area of expertise of each expert that they propose to tender at trial not later than **June 19, 2007**. The designation shall be accompanied by a written report prepared and signed by the witness. The report shall comply with Fed. R. Civ. P. 26(a)(2)(B).

3. By **July 9, 2007,** any party who previously disclosed expert witnesses may submit a supplemental list of expert witnesses who will express an opinion on a subject covered by an expert designated by an adverse party, if the party supplementing an expert witness designation has not previously retained an expert to testify on that subject. The supplemental designation shall be accompanied by a written report which shall also comply with the conditions as stated above. All expert discovery shall be completed by **August 6, 2007**.

4. All dispositive motions, except motions for continuances, temporary restraining orders or other emergency applications, <u>shall be heard</u> no later than **October 12, 2007**.

5. The Final Pretrial Conference is set for **December 14, 2007** at **1:30 p.m**.

6. The Jury trial is set for **February 12, 2008** at **9:00 a.m.**

**IT IS SO ORDERED.**

**DATED: November 15, 2006**

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE