**Spencer T. Malysiak**
State Bar #084654
**Erik P. Larson**
State Bar #210098
**SPENCER T. MALYSIAK LAW CORPORATION**
1180 Iron Point Road, Suite 145B
Folsom, California 95630
Telephone:   (916) 985-4400
Facsimile:    (916) 985-0100

Attorney for Plaintiff
SOUTHGATE GLASS & SCREEN INC.,
d/b/a CENTRAL VALLEY SCREEN & SUPPLY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHGATE GLASS & SCREEN INC., d/b/a CENTRAL VALLEY SCREEN & SUPPLY<br><br>                Plaintiff,<br><br>     vs.<br><br>AZTECH SALES ASSOCIATES, INC.<br><br>                Defendant. | Case No: 2:05-CV-01810-FCD-DAD<br><br>**STIPULATION AND REQUEST FOR ORDER DISMISSING CASE WITH PREJUDICE; ORDER** |

   Plaintiff SOUTHGATE GLASS & SCREEN, INC. d/b/a CENTRAL VALLEY SCREEN & SUPPLY and Defendant AZTECH SALES ASSOCIATES, INC. have reached a settlement in this case.  Therefore, pursuant to Rules 41(a)(1)(ii) and 41(b) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of the Complaint filed September 7, 2005, with prejudice, with each party to bear its own attorney fees and costs, and respectfully request an Order from the Court dismissing this case.

/ / /

| | | |
|---|---|---|
| Dated: May 31, 2007 | | Respectfully submitted: |

                                                    s/ERIK P. LARSON
SPENCER T. MALYSIAK LAW CORPORATION
1180 Iron Point Road, Suite 145B
Folsom, CA 95630
Telephone: (916) 985-4400
Facsimile:  (916) 985-0100
Email: erik@malysiaklaw.com
Attorney for Plaintiff SOUTHGATE GLASS & SCREEN d/b/a CENTRAL VALLEY SCREEN & SUPPLY

Dated: May 31, 2007          Respectfully submitted:

                                                    s/REGINALD A. DUNN
ERICKSEN, ARBUTHNOT, KILDUFF DAY & LINDSTROM, INC.
100 Howe Ave., #110S
Sacramento, CA 95825
Telephone: (916) 483-5181
Facsimile:  (916) 483-7558
Email: rdunn@eakdl.com
Attorney for Defendant AZTECH SALES ASSOCIATES, INC.

**ORDER**

IT IS HEREBY ORDERED THAT, pursuant to the stipulation of the parties, the Complaint filed September 7, 2005 in the above-captioned case is dismissed with prejudice, with each party to bear its own attorney fees and costs.

DATED: June 1, 2007

*[signature]*
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE